```
 1
 2
 3
 4
 5
 6
 7                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
 8                                  AT SEATTLE
 9
10    LORI J. GREEN,                          CASE NO. C22-5963JLR

11                       Plaintiff,           SHOW CAUSE ORDER
                v.
12
      UNITED STATES GOVERNMENT,
13    et al.,

14
                         Defendants.
15
```

Before the court is *pro se* Plaintiff Lori J. Green's proposed complaint. (Prop. Compl. (Dkt. # 1).) On December 15, 2022, the court notified Ms. Green that her proposed complaint was deficient and instructed her to either pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* ("IFP") to the court by January 17,

//

//

//

SHOW CAUSE ORDER - 1

2023. (*See* Notice (Dkt. # 2).) To date, Ms. Green has neither filed an IFP application nor paid the $402 filing fee.[1] (*See generally* Dkt.)

Accordingly, Ms. Green is ORDERED to show cause why her case should not be dismissed. Ms. Green must respond to this show cause order by January 27, 2023. Alternatively, Ms. Green may, by January 27, 2023, either pay the $402 filing fee or submit an IFP application. Failure to timely respond will result in dismissal of this action without prejudice.

Dated this 18th day of January, 2023.

JAMES L. ROBART
United States District Judge

---

[1] Because Ms. Green has not yet cured the above-mentioned deficiencies, the court has not filed her proposed complaint and this action has not yet commenced. (*See generally* Dkt.; Prop. Compl.)

SHOW CAUSE ORDER - 2