UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI J. GREEN,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT, et al.,<br><br>                    Defendants. | CASE NO. C22-5963JLR<br><br>ORDER |

On January 18, 2023, the court notified *pro se* Plaintiff Lori J. Green that she had failed to timely pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* ("IFP"). (*See* Show Cause Order (Dkt. # 3); *see also* Deficiency Notice (Dkt. # 2); Dkt.) Therefore, the court ordered Ms. Green to show cause why her case should not be dismissed. (Show Cause Order at 2.) Alternatively, the court stated that Ms. Green could discharge the show cause order by "either pay[ing] the $402 filing fee or submit[ing] an IFP application" by January 27, 2023. (*Id.*) The court warned Ms. Green

ORDER - 1

that her failure to timely respond to the court's show cause order would "result in dismissal of this action without prejudice." (*Id.*)

The January 27, 2023 deadline has now passed, and Ms. Green has neither responded to the court's show cause orders nor cured the deficiencies identified therein. (*See generally* Dkt.) Accordingly, the court DISMISSES this action WITHOUT PREJUDICE.

Dated this 31st day of January, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2